Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

Police Officer

**FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

12 CV1170 A Ce

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name And Prisoner Number of Plaintiff:** **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. John W. Harris, #ICN: 7403, Ind No: 01761-2011
2. _____

-VS-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Ronald Ammerman, Police Officer        4. _____
2. _____                              5. _____
3. _____                              6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: John W. Harris, ECN#7403
Present Place of Confinement & Address: Erie County Correctional Facility: 11581 Walden Avenue Alden, New York 14004.

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

1

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Ronald Ammerman, Buffalo Police Officer

(If applicable) Official Position of Defendant: Buffalo Police Officer

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: Sub Station 1345 Bailey Ave, Buffalo, New York 14206

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant:_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant:_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
     Yes____  No X

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s):_____

     Defendant(s):_____

2.   Court (if federal court, name the district; if state court, name the county):_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

2

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No _X_

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ Dismissed (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   _✓_ By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes _X_   No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): John W. Harris #7403

   Defendant(s): Hon. Kenneth F. Case C.C.J.

2. District Court: Buffalo, New York

3. Docket Number: 1:12-CV-01044-RJA-HKS

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed: 10-29-2012

6. What was the disposition of the case?

   Is it still pending? Yes _X_ No____

   If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- **Due Process**
- **Equal Protection**
- Access to the Courts
- False Arrest
- Excessive Force
- **Failure to Protect**
- **Search & Seizure**
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

       If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

      ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

       If not, give the approximate date it was resolved._____

**A. FIRST CLAIM:** On (date of the incident) On or About: Aug 8th, 2011, defendant (give the **name and position held** of **each defendant** involved in this incident) Erie County Buffalo Police Officer, Ronald Ammerman

did the following to me (briefly state what each defendant named above did): Who Job is to Serve And to Protect, did Threaten the Plaintiff, At his Home, that if he Officer Ammerman, was not Allow to go into Plaintiff's, Home to search it that he, would take Plaintiff, Downtown Headquarters hold him until giving a search warrant come back to Plaintiff, Home And Tear-up the Plaintiff, beautiful Home.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: U.S. Constitutional Amends #4, #8 And #14

The relief I am seeking for this claim is (briefly state the relief sought): For the Defendant, to Pay the Plaintiff, the sum of 6.6 Million Dollars For Pain = Suffering And Punitive damages.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _X_ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) On or About: Nov 21st, 2011, defendant (give the **name and position held** of **each defendant** involved in this incident) Erie County Buffalo Police Officer, Ronald Ammerman

5

did the following to me (briefly state what each defendant named above did): Did go in Front oF the Erie County Grand Jury and After Taken the Oath to tell the Truth did in Fact lie to them Knowingly, Willfully, with the Attend to do so. In that he did by Misleading testimony tell them that Plaintiff, have a Previous Conviction For a Gun, which is a right out Lie. In doing so cause the minds oF the Grand Jury to become Tainted, Prejudice toward the Plaintiff.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: For the Defendant, to Show why Violations #4, #8 and #14, should not be held Against him....

The relief I am seeking for this claim is (briefly state the relief sought): Same as Above

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ____ Yes _X_ No   If yes, what was the result? ____

Did you appeal that decision? ____ Yes _X_ No   If yes, what was the result? ____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Same as ~~which~~ above in the First And Second claim.

Do you want a jury trial? Yes ____ No _X_

6

**A. FIRST CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____
_____
_____

did the following to me (briefly state what each defendant named above did): _____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _____
_____

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____
_____

**A. SECOND CLAIM:** On (date of the incident) _____.
defendant (give the **name and position held** of **each defendant** involved in this incident) _____
_____
_____

5

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____Nov 20th, 2012_____
/(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)